IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

LAYNE WOODS,

    Plaintiff,

  v.

COMMISSIONER OF THE SOCIAL
SECURITY ADMINISTRATION,

    Defendant.

No. CV 07-149-MO

JUDGMENT

**MOSMAN, J.,**

  Based on the record,

  IT IS ORDERED AND ADJUDGED that the Commissioner's decision is REVERSED, and this case is REMANDED for further proceedings consistent with the Opinion and Order of the court entered July 30, 2008 (#26).

  DATED this  31st  day of July, 2008.

            /s/ Michael W. Mosman
            MICHAEL W. MOSMAN
            United States District Judge

PAGE 1 - JUDGMENT