IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

FILED'08 NOV 03 16:51 USDC-ORP

Layne Woods,
      Plaintiff,

vs.

MICHAEL ASTRUE,
Commissioner of Social Security,
      Defendant.

CV# 07-0149-MO

ORDER

Based upon the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $4125.00 are awarded to Plaintiff, but payable to Plaintiff's attorney, Merrill Schneider, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. The check shall be made out to Plaintiff's attorney and mailed to Plaintiff's attorney's office: Merrill Schneider, P.O. Box 16310, Portland, OR 97292-0310. No costs or expenses are allowed.

DATED this ___ day of Nov., 2008.

_____
Michael Mosman
United States District Judge